UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                          §
                                §
GOSS, BRENDA                    §      Case No. 12-31481
                                §
            Debtor(s)           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/17/2013 in Courtroom 615,
     United States Bankruptcy Court
     219 South Dearborn Street
     Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/13/2013    By: /s/ Barry A. Chatz, Trustee
                 Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (5/1/2011) *(Page 1)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 12-31481-JSB
Brenda Goss                                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 2               Date Rcvd: Nov 21, 2013
                              Form ID: pdf006             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2013.
```
db         #+Brenda Goss,    345 W. Fullerton Pkwy.,    Apt. #508,    Chicago, IL 60614-2834
19293735    +345 Fullerton Parkway Condominium Assoc.,    c/o PM COMMUNITY SPECIALISTS INC,
              345 FULLERTON PKWAY MGMT Office,    CHICAGO, IL 60614-2856
19310471   ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
              Arlington TX 76096)
19293736     Arrow Financial Services,    5996 W. Touhy Ave.,    Niles, IL 60714-4610
19293738    #Bank of America,    PO BOX 15026,    Wilmington, DE 19850-5026
19293739    +Blatt, Hasenmiller, Leibsker & Moore,    125 South Wacker Drive,    Suite 400,
              Chicago, IL 60606-4440
19293740    +Blitt & Gaines, P.C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
19293741     Capital One,    Attn: Bankruptcy Department,    PO Box 85167,    Richmond, VA 23285-5167
19622542     Capital One Bank (USA), N.A.,    American InfoSource LP,    PO Box 71083,
              Charlotte, NC  28272-1083
19293742     Chase,   Customer Service,    PO BOX 15299,    Wilmington, DE 19850-5299
19293743     Citibank,    PO BOX 6000,    The Lakes, NV 89163-6000
19633811     FIA CARD SERVICES, N.A.,    Bank of America  N A MBNA America Bank N,    4161 Piedmont Parkway,
              NC4 105 03 14,    Greensboro, NC 27410
19293745    #Freedman, Anselmo, Lindberg & Rappe,    1807 W. Diehl Rd.,    Naperville, IL 60563-1890
19293746    +GM Financial,    PO Box 183834,    Arlington, TX 76096-3834
19293748    +Karen Schneider,    3200 N Lake Shore Dr., #705,    Chicago IL 60657-3947
19604620    +National Education Servicing LLC,    200 West Monroe Street Suite 700,    Chicago,IL 60606-5057
19293753    +Redline Recovery Services,    6201 Bonhomme St.,    Suite 100S,    Houston, TX 77036-4379
19293754    +Washington Mutual,    Correspondence,    PO BOX 10467,    Greenville, SC 29603-0467
19293755     Wells Fargo Home Mortgage,    PO Box 10368,    Des Moines, IA 50306-0368
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19614875     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2013 01:41:20
              American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
              Oklahoma City, OK  73126-8941
19293744     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2013 01:48:05     Discover,    PO BOX 15316,
              Wilmington, DE 19850-5316
19557732     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2013 01:48:05     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19293747    +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Nov 22 2013 01:35:46
              Illinois Student Assistance Comm.,    1755 Lake Cook Road,    Deerfield, IL 60015-5209
19841073     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2013 01:39:06
              LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
19293749    +E-mail/Text: jfriedland@lplegal.com Nov 22 2013 01:42:19     Levenfeld Pearlstein, LLC,
              2 North LaSalle St., Ste. 1300,    Chicago, IL 60602-3709
19293752     E-mail/Text: bankruptcydepartment@ncogroup.com Nov 22 2013 01:42:44     NCO Financial,
              PO Box 41466,    Philadelphia, PA 19101
19293750    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2013 01:42:21     Midland Funding,    8875 Aero Dr.,
              Suite 200,    San Diego, CA 92123-2255
19293751    +E-mail/Text: bkfilings@nationaled.net Nov 22 2013 01:43:16     National Education Services,
              200 W. Monroe St., STE 700,    Chicago, IL 60606-5057
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19293737   ##+Asset Acceptance,    c/o Sanjay Jutla,    11 E ADAMS #906,    CHICAGO, IL 60603-6306
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mflowers              Page 2 of 2              Date Rcvd: Nov 21, 2013
                              Form ID: pdf006             Total Noticed: 28
```

      ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2013                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2013 at the address(es) listed below:
              Annie W Lopez    on behalf of Creditor    Wells Fargo Bank, NA alopez@fal-illinois.com
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Christina M Riepel    on behalf of Trustee Barry A Chatz gstern2@flash.net
              Claudia  Badillo    on behalf of Debtor Brenda  Goss claudia@schottlerlaw.com
              David J Frankel    on behalf of Creditor    AmeriCredit Financial Services, Inc.
               dfrankel@sormanfrankel.com,   bbehanna@sormanfrankel.com
              Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Mark R Schottler    on behalf of Debtor Brenda  Goss mark@schottlerlaw.com,
               schottlerassociates@gmail.com
              Monica C O'Brien    on behalf of Trustee Barry A Chatz gstern1@flash.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 9
```