UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
GOSS, BRENDA                        §    Case No. 12-31481
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BRENDA GOSS |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 345 Fullerton Parkway Condominium Assoc. c/o PM COMMUNITY SPECIALISTS INC 345 FULLERTON PKWAY MGMT Office CHICAGO, IL 60614 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Freedman, Anselmo, Lindberg & Rappe 1807 W. Diehl Rd. Naperville, IL 60563-1890 | | | | | |
| | GM Financial PO Box 183834 Arlington, TX 76096 | | | | | |
| | Levenfeld Pearlstein, LLC 2 North LaSalle St., Ste. 1300 Chicago, IL 60602 | | | | | |
| | Wells Fargo Home Mortgage PO Box 10368 Des Moines, IA 50306-0368 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BLUE CROSS / BLUE SHIELD | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FARMERS INSURANCE COMPANY | | | | | |
| GREGORY K. STERN | | | | | |
| MICHAEL P. CONCANNON | | | | | |
| GREGORY K. STERN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arrow Financial Services 5996 W. Touhy Ave. Niles, IL 60714-4610 | | | | | |
| | Asset Acceptance c/o Sanjay Jutla 11 E ADAMS #906 CHICAGO, IL 60603 | | | | | |
| | Bank of America PO BOX 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America PO BOX 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America PO BOX 15026 Wilmington, DE 19850-5026 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moore 125 South Wacker Drive Suite 400 Chicago, IL 60606 | | | | | |
| | Blitt & Gaines, P.C. 661 Glenn Avenue Wheeling, IL 60090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Attn: Bankruptcy Department PO Box 85167 Richmond, VA 23285-5167 | | | | | |
| | Capital One Attn: Bankruptcy Department PO Box 85167 Richmond, VA 23285-5167 | | | | | |
| | Chase Customer Service PO BOX 15299 Wilmington, DE 19850-5299 | | | | | |
| | Citibank PO BOX 6000 The Lakes, NV 89163-6000 | | | | | |
| | Discover PO BOX 15316 Wilmington, DE 19850-5316 | | | | | |
| | Illinois Student Assistance Comm. 1755 Lake Cook Road Deerfield, IL  60015 | | | | | |
| | Karen Schneider 3200 N Lake Shore Dr., #705 Chicago IL, 60657 | | | | | |
| | Midland Funding 8875 Aero Dr. Suite 200 San Diego, CA 92123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCO Financial PO Box 41466 Philadelphia, PA 19101 | | | | | |
| | National Education Services 200 W. Monroe St., STE 700 Chicago, IL 60606 | | | | | |
| | Redline Recovery Services 6201 Bonhomme St. Suite 100S Houston, TX  77036 | | | | | |
| | Washington Mutual Correspondence PO BOX 10467 Greenville, SC 29603 | | | | | |
| 000005 | AMERICAN INFOSOURCE-MIDLAND FUNDING | | | | | |
| 000003 | AMERICREDIT FINANCIAL SERVICES, INC | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000007 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000008 | FIA CARD SERVICES, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | FIA CARD SERVICES, N.A. | | | | | |
| 000001 | ILLINOIS STUDENT ASSISTANCE COMM. | | | | | |
| 000010 | LVNV FUNDING-ARROW FINANCIAL | | | | | |
| 000004 | NATIONAL EDUCATION SERVICING LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-31481 | JSB | Judge: JANET S. BAER | Trustee Name: | BARRY A. CHATZ |
| Case Name: | GOSS, BRENDA | | | Date Filed (f) or Converted (c): | 08/08/12 (f) |
| | | | | 341(a) Meeting Date: | 10/05/12 |
| For Period Ending: | 04/05/14 | | | Claims Bar Date: | 01/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 345 W. Fullerton Pkwy, Apt. #508, Chicago, IL 6061 | 80,000.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 400.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 6. Furs and Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 7. Pension / Profit Sharing | 0.00 | 0.00 | | 0.00 | FA |
| 8. Vehicles | 5,600.00 | 0.00 | | 0.00 | FA |
| 9. Other Miscellaneous | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. Other Miscellaneous | 0.00 | 0.00 | | 0.00 | FA |
| 11. Other Miscellaneous | 15,000.00 | 15,000.00 | | 20,000.00 | FA |

TOTALS (Excluding Unknown Values)    $105,250.00    $15,000.00    $20,000.00    

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL FUNDS DISTRIBUTED; PREPARE TDR

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

LFORM1                                                                                                                                 Ver: 17.05c

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-31481 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | GOSS, BRENDA | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9426 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0343 | | | |
| For Period Ending: | 04/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/21/13 | 11 | AMERICAN FAMILY INSURANCE GROUP | LITIGATION SETTLEMENT | 1149-000 | 35,000.00 | | 35,000.00 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 15.10 | 34,984.90 |
| 09/10/13 | 300001 | BRENDA GOSS | DEBTOR EXEMPTIONS DEBTOR EXEMPTION FOR PERSONAL INJURY CASE | 8100-000 | | 15,000.00 | 19,984.90 |
| 09/10/13 | 300002 | MICHAEL P. CONCANNON | ATTORNEY FOR TRUSTEE PURSUANT TO 5/29/13 COURT ORDER | 3210-000 | | 9,157.00 | 10,827.90 |
| 09/11/13 | 300003 | BLUE CROSS / BLUE SHIELD ATTN: MS. CARRIE DAYKIN 3200 ROBBINS ROAD SPRINGFIELD, IL 62704 | EXPENSES MEDICAL LIEN EXPENSES APPROVED BY 5/29/13 COURT ORDER | 2990-000 | | 425.00 | 10,402.90 |
| 09/11/13 | 300004 | FARMERS INSURANCE COMPANY P.O. BOX 268994 OKLAHOMA CITY, OK 73126 | EXPENSES MEDICAL LIEN EXPENSES APPROVED BY 5/29/13 COURT ORDER | 2990-000 | | 3,333.00 | 7,069.90 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 32.49 | 7,037.41 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.47 | 7,026.94 |
| 12/17/13 | 300005 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 2,816.64 | 4,210.30 |
| | | | Fees 2,750.00 | 2100-000 | | | |
| | | | Expenses 66.64 | 2200-000 | | | |
| 12/17/13 | 300006 | GREGORY K. STERN 53 WEST JACKSON BOULEVARD CHICAGO, IL 60604 | Attorney for Trustee Fees (Other Fi | | | 3,399.32 | 810.98 |
| | | | Fees 3,380.00 | 3210-000 | | | |
| | | | Expenses 19.32 | 3220-000 | | | |
| 12/17/13 | 300007 | DISCOVER BANK | Claim 000002, Payment 4.93% | 7100-000 | | 63.84 | 747.14 |

Page Subtotals 35,000.00 34,252.86

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-31481 | |
| Case Name: | GOSS, BRENDA | |
| Taxpayer ID No: | *******0343 | |
| For Period Ending: | 04/05/14 | |

| | | |
|---|---|---|
| Trustee Name: | BARRY A. CHATZ | |
| Bank Name: | BANK OF NEW YORK MELLON | |
| Account Number / CD #: | *******9426 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/17/13 | 300008 | DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025<br>AMERICREDIT FINANCIAL SERVICES, INC.<br>PO BOX 183853<br>ARLINGTON TX 76096 | Claim 000003, Payment 4.93%<br>(3-1) 2008 CHEVROLET AVEO<br>1622(3-2) UNSECURED DEFICIENCY CLAIM<br>1622 | 7100-000 | | 142.33 | 604.81 |
| 12/17/13 | 300009 | AMERICAN INFOSOURCE-MIDLAND FUNDING LLC<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Claim 000005, Payment 4.93% | 7100-000 | | 27.79 | 577.02 |
| 12/17/13 | 300010 | CAPITAL ONE BANK (USA), N.A.<br>AMERICAN INFOSOURCE LP<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Claim 000006, Payment 4.93%<br>(6-1) MODIFIED TO CORRECT CREDITORS ADDRESS 10/30/12 MF | 7100-000 | | 275.88 | 301.14 |
| 12/17/13 | 300011 | CAPITAL ONE BANK (USA), N.A.<br>AMERICAN INFOSOURCE LP<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Claim 000007, Payment 4.93%<br>(7-1) MODIFIED TO CORRECT CREDITORS ADDRESS 10/30/12 MF | 7100-000 | | 120.56 | 180.58 |
| 12/17/13 | 300012 | FIA CARD SERVICES, N.A.<br>BANK OF AMERICA N A MBNA AMERICA BANK N<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Claim 000008, Payment 4.93% | 7100-000 | | 29.78 | 150.80 |
| 12/17/13 | 300013 | FIA CARD SERVICES, N.A.<br>BANK OF AMERICA N A MBNA AMERICA BANK N<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14 | Claim 000009, Payment 4.93%<br>(9-1) MODIFIED TO CORRECT CREDITORS ADDRESS 10/31/12 MF | 7100-000 | | 116.65 | 34.15 |
| | | | Page Subtotals | | 0.00 | 712.99 | |

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-31481 | |
| Case Name: | GOSS, BRENDA | |
| Taxpayer ID No: | *******0343 | |
| For Period Ending: | 04/05/14 | |

| | | |
|---|---|---|
| Trustee Name: | BARRY A. CHATZ | |
| Bank Name: | BANK OF NEW YORK MELLON | |
| Account Number / CD #: | *******9426 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/17/13 | 300014 | GREENSBORO, NC 27410<br>LVNV FUNDING-ARROW FINANCIAL SERVICES<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Claim 000010, Payment 4.93% | 7100-000 | | 34.15 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 35,000.00 | 35,000.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 35,000.00 | 35,000.00 | |
| Less: Payments to Debtors | | | 15,000.00 | |
| Net | | 35,000.00 | 20,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********9426 | 35,000.00 | 20,000.00 | 0.00 |
| | 35,000.00 | 20,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    34.15

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*